# Court of Appeals
# of the State of Georgia

ATLANTA,  February 11, 2015

*The Court of Appeals hereby passes the following order:*

## A15A0955.   ROBIN ZAHRAN v. HATCHER STUBBS LAND HOLLIS & ROTHSCHILD LLP, et al.

On August 16, 2013, the trial court granted summary judgment to the defendants in this action. American Consumer Products Corporation and Karen Zahran appealed, and their case has been docketed as Case No. A15A0843.[1] Robin Zahran filed his notice of appeal on September 17, 2013. We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012); *GMC Group v. Harsco Corp.*, 293 Ga. App. 707 (667 SE2d 916) (2008). Because Robin Zahran filed his notice of appeal 32 days after entry of the trial court's order, this appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
       Clerk's Office, Atlanta,  02/11/2015
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The case was initially docketed as Case No. A14A0413, but it was remanded for inclusion of the transcript.